My name is <u>Anastacia Geboe</u> I am writing because I am having issues with the facility I am currently housed in . I reside at Montana Women's Prison, in Billings, MT 59101.

I am wanting to file a law suit in regards to these issues within the prison and the grievances I have filed along with kites that I have sent to the Administration staff within the facility to try and seek help for the issues and have not got a response to kites or adequate results on the grievance process.

My 8th Admendment Cause 42: 1983 Prisoner Civil Rights along with My 1st and 6th Amendments these are in due to me being declined proper medical care here at the prison.

I have exhausted the grievance process with not much help. Our grievance officer shows staff what the grievances are about and talks with the staff or who they are about before speaking with myself or other inmates who write them. I fear retalitaion within this facility among staff. Inmates are accused of lying all the time and we dont speak or tell the truth, or else we would not be here is what we get told from officers, Lt and so on.

I would also like to be included in Ms.Schimming's report of the facility wide issues. Also I have dealt with alot of the other issues within the list and can verify more of it also. Along with how they hide things and try to sweep issues under the rug like incidents dont happen.

I am enclosing a letter of the things that have occured while I've been incarcerated; and continue to occur. Alot of the issues deal with long term health and could cause health concerns and safety concerns also.

I would greatly appreciate your help in filing this lawsuit, thanks for your time in this matter.

Witness
Shaylyn J Reid

Sincerely,
Anastacia Geboe
2107pm AO#301738
8/31/24

Anastacia Cede   Act 3012738

On December 27th of 2022 I had a gallbladder surgery to have my gallbladder removed it was a same day surgery when the surgery was done the Dr that performed my surgery told me it went well and I'd be sore and that he perscribed me some oxycodone for the pain. When I got back to the prison medical told me that I was not allowed the prescription that was given and that they were prescribing me something else called Ultram. They meaning the nurses told me this I did not see the P.A. Amy Green they did not give me a elevator pass I had to walk up 3 flights of stairs for all 3 meals and to get my meds. I was not allowed pain medication after 4:30pm I had to wait until 8am the next day

Unsure exact date but between Febuary-April 2023 I kited medical to let them know that I had a big painful lump on my left heel medical seen me scheduled a appt w/ the P.A Amy Green. When he seen my heel he said he would schedule an x-ray. When the X-Ray technician came she took several pictures when she was done she said I am not supposed to do this but I'm going to show you your X-Ray and she pointed out that there was something on my heel and she showed me. Well 4 weeks went by and I finally kited and I was seen and the P.A. Amy Green told me my x-ray results were reviewed and they came back normal and I asked why I had so much pain and what the lump was? Nothing was said or done a couple of weeks later I was given a boot to sleep in for Planters Facitious

Also when I first got here in October 4th 2022 I came here on Cymbata, Ephexor, Hydroxzine Prozocin all psych meds and 30 mg of Meloxicam and omeprazole, and Carfate Fiber. They did not give me any of my medication I came with. It took them a week and a half too see me and atleast give me my psych meds and out of all my other meds I only recieved my omprazole

They ran Labs the 3rd week after I got here. They did not called me in and go over my Labs with me, After about 2 weeks I knited because I had tested positive for Hepatites C while I was in County Jail. So I knited and asked how I could go about recieving the mavret treatment to have it cured. The P.A Amy Green told me that I did not need the treatment because my Labs showed that Hepatites C was not active in my Blood. I told them about my positive test from Riverstone. A few weeks later I was seen by the Dr Dr. McMurry and he told me that my Hep C test had came back reactive and then I started the mavret treatment.

I get a wierd itchy painful rash all over my face and I've only been seen by the P.A Amy Green for it. When I request to see the Dr I have knits that say that the Dr is very busy so he only sees the more serious cases I still have the rash, I have to wait until I get out of prison to be seen by a dermatalogist.

A woman was put on Suboxone and one morning she just did not wake up and I was coming back to the pod I was assigned to and there was an inmate crying and trying to explain something to the C.O.'s there was all kinds of chaos C.O.'s were coming in and out of the pod I was trying to just go in to my cell. But one of the C.O.s stopped me and said you have to go I said go where this is my pod. He said where did you come from I said work He said go back there. I remember feeling terrified for my safety thinking something was very wrong. They put a girl in hole for this to save them as they took to long to call 911.

There was a woman Peama Griffin that was an inmate here. She was taken out of the facility to a dr. Appt. She was taken by 1 c.o. and while she was gone she came back with her eyes both swollen shut she said she slipped and fell and that the C.O. was 10-15 steps ahead of her that was over 6 months ago and her face is still all swollen like she has permanent damage. I get worried to go anywhere with the guards now

On September 1st 2024 at 11:40 am there was a fight between 2 female inmates and the officer was not paying attention properly. He was out on the landing for about 10-15 minutes before the fight and as inmates we are not allowed to break up a fight if we do then we get locked up and we get a major infraction then we lose our jobs, our education classes, and we either can't go before the parole board unless we have 120 days of clear conduct. or if we have our parole we can possibly lose it. A very scary unsafe situation

There are so many other unsafe situations that I have experienced since I been locked up at Montana Womens Prison I've seen officers grab an inmate on camera to apprehend her due to an argument by the throat I've also seen them use excessive force on an Inmate that was getting physically assaulted by 2 other inmates they grabbed the inmate that was being assaulted and smacked her face off the tile floor and broke her front tooth.

The staff here do not treat all Inmates the same most of all the staff pick and choose who they treat fairly and if you are locked-up in Max they go hours before checking on you

These situations have did more damage to my mental health I already struggle with PTSD and Anxiety being in constant fear due to all the unsafe situations has created alot of paranoia for me and I'm constantly afraid for my safety. But I'm also afraid to say anything to anyone out of fear of what will happen to me. Inmate or not my rights have been violated in so many ways but because I am a Inmate and a drug addict my voice feels like it doesn't matter that I deserve to be treated unfairly with out proper medical care. I worry about other women that will go through this